Earl Crago #115357
ASPC-LEWIS, PO BOX 70
Buckeye, AZ. 85326.



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EARL FELTON CRAGO,<br>        Petitioner,<br>VS.<br>Charles Ryan, et al.,<br>        Respondent(s) | CASE NO. CV-14-2007-TUC-FRZ.<br>REQUEST FOR APPOINTMENT<br>OF COUNSEL DUE TO CIRC-<br>UMSTANCES OF CASE WITH<br>GOOD CAUSE SHOWN. |

     This case involves a question of legal principles that defendant can not argue without access to either a law library or an attorney.
     The ADC removed law libraries in 1997. They now provide access to Rules of court, some annotated statutes, a law dictionary, and a document preparation person who will help you fill in documents if you can't read or write.
     The petition raises two primary claims:
(1) The "Arizona Truth in Sentencing" statute is so vague and misleading in its application to first degree murder sentences that judges and attornies accross the state are misapplying it and wrongly advising defendants about the sentence they face.
(2) The judge in defendant's case misadvised him about the sentence he would receive by turning down a lesser plea prior to trial.

On point(s) number one, the truth in sentencing statute will need to be dissected on its legal applications, and examples of how the courts accross the state have continued to misadvise defendants about the sentence they face for first degree murder at the plea offer stage, and then give an illegal sentence after jury by trial; Then as in defendant's case 17 years after trial, change the sentence to a harsher condition of confinement because the original sentence violated statutes.

Point two stems from point one.

These issues will effect the state of the law in Arizona, and it will effect sentences of all inmates sentenced on first degree murder after January 1994.

Where the outcome of a suit is so far reaching, legal counsel should be appointed.

Because defendant has absolutely no access to legal research materials in the ADC; and because he cannot access public records to review the number of cases wrongly sentenced to 25 to life with parole, or 25 to life with community supervision, to establish the wide spread and systematic misapplication of truth in sentencing statutes in Arizona after January 1, 1994, the defendant request appointment of counsel to prepare and argue this case to the federal courts.

Dated 8-10-14           By _Earl Crago_ Pro Per.

I, Earl F. Crago, certify that I mailed the original plus copies to: ATTNY GENERAL, 400 W CONGRESS, BLDG. S-315, TUC, AZ. 85701
Clerk, U.S. District Courthouse, Suite 1500, 405 W. Congress St., Tuc. AZ. 85701.

Date 8-11-14           By _Earl Crago_.