# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Earl Felton Crago, | No. CV-14-02007-TUC-FRZ |
| Petitioner, | **ORDER** |
| v. | |
| Charles Ryan, et al., | |
| Respondents. | |

Pending before the Court is the Report and Recommendation by Magistrate Judge Leslie Bowman entered on April 5, 2016. *See* Doc. 47. In the Report and Recommendation, Magistrate Judge Bowman recommends that this Court deny Petitioner Earl Felton Crago's amended petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (the "Petition") [Doc. 25]. In the Report and Recommendation the Magistrate Judge advised the parties that they may serve and file written objections within 14 days of being served with a copy of the Report and Recommendation and that if objections were not filed, any objection would be deemed waived. *See* Doc. 47 at p. 16.  No objections have been filed. *See* Dkt.

**Standard of Review**

This Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate. 28 U.S.C. § 636(b)(1). "Within fourteen days after being served with a copy [of a report and recommendation], any party may serve and file written objections to such proposed findings and recommendations as provided

by rule of court. A judge of the court shall make a *de novo* determination of those portions of the report [and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Section 636(b)(1), Title 28 U.S.C., has been interpreted as not "requir[ing] some lesser review by the district court when no objections are filed." *Schmidt v. Johnstone*, 263 F.Supp. 1219, 1220 (D. Ariz. 2003), quoting *Thomas v. Arn*, 474 U.S. 140, 149-50, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985). Instead, district courts are not required to conduct "any review at all … of any issue that is not the subject of an objection." *Id*., quoting *Thomas*, 474 U.S. at 149, 106 S.Ct. 466.

**Analysis**

Neither party has filed an objection to the Report and Recommendation. Accordingly, the Court accepts the Magistrate Judge's recommendation that the Petition be denied.

**Conclusion**

IT IS HEREBY ORDERED that the Report and Recommendation [Doc. 47] is ACCEPTED and Petitioner's Petition [Doc. 25] is DENIED and this action is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to close this case.

Dated this 26th day of April, 2016.

Frank R. Zapata
Senior United States District Judge